UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 22-234 (ZNQ) |
| vs. | <u>CONTINUANCE ORDER</u> |
| FLORENCE NDUBIZU | |

This matter having come before the Court on the joint application of Philip R. Sellinger, United States Attorney for the District of New Jersey (by Alexander Ramey, Assistant U.S. Attorney), and defendant Florence Ndubizu (by Jerome A. Ballarotto, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter through August 31, 2023; and four continuances having previously been granted by the Court; and the defendant being aware that she has the right to a trial within seventy (70) days of the indictment filed in this case, pursuant to Title 18, United States Code, Section 3161(c)(1), and the defendant having waived such right and consented to the continuance, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Plea negotiations are ongoing, and both the United States and the defendant seek time to achieve a successful resolution of these negotiations, which would render trial of this matter unnecessary;

(2) The United States has provided extensive discovery to the defendant in this complex case and the defendant has requested additional time to review discovery and make any production of reciprocal discovery to the government;

(3) The failure to grant such a continuance would deny counsel for the defendant or the attorney for the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence;

(4) The defendant has consented to the aforementioned continuance;

(5) The grant of a continuance will likely conserve judicial resources; and

(6) Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the interests of the public and the defendant in a speedy trial.

IT IS, therefore, on this 24th day of May, 2023,

ORDERED that this action be, and it hereby is, continued through August 31, 2023; and it is further

ORDERED that the period from the date this Order is signed through August 31, 2023, shall be excludable in computing time under the Speedy Trial Act of 1974.

HON. ZAHID N. QURAISHI
United States District Judge

Form and entry consented to:

*s/ Jerome A. Ballarotto*

Jerome A. Ballarotto, Esq.
Counsel for Defendant Florence Ndubizu

*Alexander E. Ramey*

Alexander Ramey
Assistant U.S. Attorney