UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>**FLORENCE NDUBIZU,**<br><br>Defendant. | Criminal Action No. 22-234 (ZNQ)<br><br>**ORDER** |

**QURAISHI, District Judge**

**THIS MATTER** comes before the Court upon a Motion for Acquittal and Motion for a New Trial pursuant to Federal Rules of Criminal Procedure 29 and 33, respectively. (ECF No. 88.) The Government opposed the Motion. (ECF No. 89.) The Court has carefully considered the parties' submissions without oral argument pursuant to Local Criminal Rule 1.1. The Court set forth the reasons for its decision on the record on March 20, 2025. For the reasons set forth on the record,

**IT IS** on this **20th** day of **March 2025,**

**ORDERED** that Defendant's Motion for Acquittal and Motion for a New Trial (ECF No. 88) are hereby **DENIED.**

ZAHID N. QURAISHI
UNITED STATES DISTRICT JUDGE